UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LABORERS' LOCAL UNION NO. 472 & 172, et al.**<br><br>Petitioners,<br><br>v.<br><br>**GRANT CONSTRUCTION ASSOC.,**<br><br>Respondent. | Civ. No. 2:14-7607 (KM)(JBC)<br><br>**MEMORANDUM ORDER & JUDGMENT** |

I issue this amended order and judgment to correct an error in my prior order dated July 27, 2015 (Dkt. No. 7). On page 1 of that Order, I directed the Petitioners to submit to an audit of their financial records in accordance with paragraph 3 of an underlying arbitration award. It is, of course, the Respondent, Grant Construction, who must submit to the audit under the terms of the arbitration award.

**THIS MATTER** was opened to the Court by the Petitioners, Laborers' Local Union No. 472 & 172; Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds and Safety, Education, and Trading Funds; and Zazzali, Fagella, Nowak, Kleinbaum & Friedman, P.A. The Petitioners ask the Court (Dkt. Nos. 1 and 2) to confirm the Arbitration Award and Order of J.J. Pierson dated September 25, 2014. The Respondent, Grant Construction Associates filed no opposition, and has not entered an appearance in the case. I have considered the entire case record and decided the matter without oral argument pursuant to FED. R. CIV. P. 78. For the reasons stated in an opinion filed on July 27, 2015, and for good cause shown

**IT IS** this 12th day of August, 2015,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent, Grant Construction Associates, the total amount of **$43,544.35,** comprising delinquent contributions of $34,651.93, interest of $462.03, attorneys' fees of $6,930.39, and the arbitrator's fee of $1,500.00. In addition, Grant is **ORDERED** to submit to an audit of its financial records, as provided in ¶ 3 of the arbitrator's Award (Dkt. No. 1, Exh. B).

This Judgment and the accompanying Opinion shall be served on the Respondent in person and the Petitioners shall file proof of such service with the Court within **SEVEN DAYS** of such service. No relief ordered in this Judgment shall have any effect unless and until such proof of service is filed with the Court.

*Kevin McNulty*

_____
**KEVIN MCNULTY**
**United States District Judge**